UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| JOHN E. LEMONS,<br><br>               Plaintiff,<br><br>     v.<br><br>PORT ORCHARD SHERIFF DEPARTMENT,<br><br>               Defendant. | CASE NO.  C10-5476JRC<br><br>ORDER GRANTING APPLICATION TO PROCEED IN FORMA PAUPERIS |

The Court, having reviewed Plaintiff's application to proceed in forma pauperis, does hereby find and ORDER.

Plaintiff's application for leave to proceed in forma pauperis (Doc. 1) is GRANTED. Plaintiff does not appear to be in custody, and plaintiff does not appear to have funds available to afford the $350.00 filing fee.  Plaintiff shall note that leave to proceed as a pauper does not necessarily entitle plaintiff to a waiver of any other cost(s) of litigation.

The Clerk is directed to mail a copy of this Order to Plaintiff

DATED this 13th day July, 2010.

J. Richard Creatura
United States Magistrate Judge

ORDER - 1